UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEEDEE HIETT, et al., | Case No. 1:22-cv-00612-JLT-EPG |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTIONS TO PROCEED *IN FORMA PAUPERIS* |
| HOUSING AUTHORITY OF STANISLAUS COUNTY, et al., | |
| Defendants. | (ECF Nos. 2, 3.) |

Plaintiffs Deedee Hiett and Ramon J. Magdaleno, Jr. ("Plaintiffs") are proceeding *pro se* in this action. (ECF No. 1.) On May 23, 2022, Plaintiffs each submitted motions to proceed *in forma pauperis*. (ECF Nos. 2, 3.) Plaintiffs have made the requisite showing under 28 U.S.C. § 1915(a). Accordingly, their motions to proceed *in forma pauperis* are GRANTED.

As to the status of the complaint, Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of a *pro se* complaint filed *in forma pauperis* to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent

that the deficiencies in the complaint can be cured by amendment. The complaint will be screened in due course and Plaintiff will be served with the resulting order.

IT IS SO ORDERED.

Dated:  **May 24, 2022**              /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE